PEOPLE *v.* PAESANI

APPEAL AND ERROR—STANDARD OF REVIEW—CREDIBILITY OF WITNESS.

A reviewing court will not disturb a judgment based upon the fact determination of the credibility of witnesses and the weight to be accorded to reasonable inferences from such testimony.

Appeal from Recorder's Court of Detroit, Donald S. Leonard, J. Submitted Division 1 December 8, 1970, at Detroit. (Docket No. 8768.) Decided February 24, 1971. Leave to appeal denied June 29, 1971, 385 Mich 758.

Mario Paesani was convicted of larceny under $100. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*Eddie D. Smith,* for defendant.

Before: LEVIN, P. J., and BRONSON and O'HARA,* JJ.

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

---

REFERENCE FOR POINTS IN HEADNOTE
5 Am Jur 2d, Appeal and Error § 820 *et seq.*

Per Curiam. Defendant was arrested and charged with larceny, and convicted of the misdemeanor of larceny under $100[1] for taking six long-playing records. He has been sentenced to one year of probation and to pay damages of $200. He contends upon appeal that the evidence presented at trial was insufficient to support a finding of guilt beyond a reasonable doubt.

We find that the trial court record contains evidence to support the verdict. This Court will not disturb a judgment based upon the fact determination of the credibility of witnesses and the weight to be accorded to reasonable inferences from such elicited testimony. *People* v. *Geddes* (1942), 301 Mich 258; *People* v. *Ragan* (1969), 15 Mich App 551.

Conviction affirmed.

---

[1] MCLA § 750.356 (Stat Ann 1970 Cum Supp § 28.588).